IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS DAY GAMBLE**
ADC #65934                                                                                                    **PLAINTIFF**

v.                                    Case No. 4:21-cv-00929-KGB

**PHILLIP MILLER, Sheriff; and**
**CLAYTON EDWARDS, Captain,**
White County Detention Center                                                              **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. Plaintiff Chris Gamble's complaint is dismissed without prejudice due to lack of prosecution (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this the 17th day of December, 2024.

Kristine G. Baker
Chief United States District Judge